## EZEKIEL CARTER

### *v.*

## JACOB BRADEN

EVIDENCE—*finding in case of conflict.* On a bill to settle a partnership account, the defendant claimed to have made a payment of $1000 to the firm. Both parties were sworn, and there was a conflict in their testimony on the point. There was some corroboration of the defendant's testimony furnished by his account books, and letters between the parties: *Held*, that the court did not err in giving credit to the testimony of the defendant.

APPEAL from the Circuit Court of Edgar county; the Hon. JAMES STEELE, Judge, presiding.

This was a bill in chancery, brought by Ezekiel Carter, against Jacob Braden, for the settlement of their partnership accounts. The defendant claimed to have advanced $1000, which was denied. The court below allowed the same, and the complainant appealed.

Mr. HENRY TANNER, and Mr. GEORGE HUNT, for the appellant.

Mr. JAMES A. EADS, for the appellee.

Mr. JUSTICE SHELDON delivered the opinion of the Court:

This is an appeal from a decree in a suit in chancery brought for the settlement of a partnership business.

The only real question in dispute, is, in regard to an item of payment of $1000, claimed to have been made by the defendant.

Both parties were sworn, and their testimony upon the point was in conflict. Some corroboration of the testimony of defendant was furnished by his account book, and letters

16—67TH ILL.

between the parties. The court saw fit to give credit to the testimony of the defendant, and decreed accordingly. In so doing, we can not say that it erred.

The decree is affirmed.

*Decree affirmed.*